1  Amanda E. Glowacki, Esq.  (IN #29972-21)
    (admitted *Pro Hac Vice*)
2  Schuckit & Associates, P.C.
3  4545 Northwestern Drive
    Zionsville, IN  46077
4  Telephone:  317-363-2400
    Fax: 317-363-2257
5  E-Mail:  aglowacki@schuckitlaw.com

6
    *Counsel for Defendant Trans Union, LLC*
7

8  Michael W. Bien, Esq. (CSB #96891)
    Blake Thompson, Esq. (CSB # 255600)
9  Rosen, Bien & Galvan, LLP
    315 Montgomery Street, Tenth Floor
10 San Francisco, CA  94104
    Telephone:  415-433-6830
11 Fax: 415-433-7104
    E-Mail:  mbien@rbg-law.com
12          bthompson@rbg-law.com

13 *Local Counsel for Defendant Trans Union, LLC*

14

15              **UNITED STATES DISTRICT COURT**

16             **NORTHERN DISTRICT OF CALIFORNIA**

17               **SAN FRANCISCO DIVISION**

18                                    )  CASE NO. 3:12-cv-00497-CRB
                                       )
19 JAMES N. FAZIO, an individual,     )  **STIPULATION AND**
              Plaintiff,              )  **[PROPOSED] ORDER OF**
20                                    )  **DISMISSAL WITH PREJUDICE**
        vs.                           )  **BETWEEN PLAINTIFF AND**
21                                    )  **DEFENDANT TRANS UNION,**
    EXPERIAN INFORMATION SOLUTIONS, INC.; ) **LLC ONLY**
22 TRANS UNION, L.L.C.; EQUIFAX       )
    INFORMATION SERVICES, L.L.C.; BANK OF )
23 AMERICA, N.A. AS SUCCESSOR BY MERGER )
    TO BAC HOME LOANS SERVICING, LP   )
24          Defendants.              )

25 _____

26
            Plaintiff James N. Fazio, by counsel, and Defendant Trans Union, LLC ("Trans Union"),
27
    by counsel, hereby stipulate and agree that all matters herein between them have been
28

1 | compromised and settled, and that Plaintiff's cause against Trans Union only should be

2 | dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

3

4 | Respectfully submitted,

5

6 | Date: 4/24/2012

7 | s/ _____
Anita L. Steburg, Esq.

8 | Steburg Law Firm
1798 Technology Drive, Suite 258

9 | San Jose, CA 95110
Telephone: 408-573-1122

10 | Fax: 408-573-1126
E-Mail: anita@steburglawfirm.com

11

12 | *Counsel for James N. Fazio*

13

14 | Date: 4/24/12

15 | s/ _____
Amanda E. Glowacki, Esq. (IN #29972-21)

16 | (admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.

17 | 4545 Northwestern Drive
Zionsville, IN 46077
Telephone: 317-363-2400

18 | Fax: 317-363-2257
E-Mail: aglowacki@schuckitlaw.com

19 | *Lead Counsel for Defendant Trans Union, LLC*

20

21 | Michael W. Bien, Esq. (CSB #96891)

22 | Blake Thompson, Esq. (CSB # 255600)
Rosen, Bien & Galvan, LLP

23 | 315 Montgomery Street, Tenth Floor
San Francisco, CA 94104
Telephone: 415-433-6830

24 | Fax: 415-433-7104
E-Mail: mbien@rbg-law.com

25 | bthompson@rbg-law.com

26 | *Local Counsel for Defendant Trans Union, LLC*

27

28

1    PURSUANT TO STIPULATION, IT IS SO ORDERED that Trans Union, LLC is

2  dismissed with prejudice.  Plaintiff James N. Fazio and Defendant Trans Union, LLC shall each

3  bear their own costs and attorneys' fees.

6  Date:   April 27, 2012

7                                         United States District Court, Northern
Distri...

IT IS SO ORDERED

Judge Charles R. Breyer

9  DISTRIBUTION TO:

| Anita Louise Steburg, Esq.<br>anita@steburglawfirm.com | Thomas P. Quinn, Esq.<br>tquinn@nokesquinn.com |
|---|---|
| Michael Robert McLively, Esq.<br>mrmclively@jonesday.com | Blake Thompson, Esq.<br>bthompson@rbg-law.com |
| Michael William Bien, Esq.<br>mbien@rbg-law.com | Amanda E. Glowacki, Esq.<br>aglowacki@schuckitlaw.com |
| Bahareh Maryam Mostajelean, Esq.<br>reh.mostajelean@bryancave.com | Charles Scott Greene, Esq.<br>scott.greene@bryancave.com |