| | |
|---|---|
| 1 | Amanda E. Glowacki, Esq. (IN #29972-21) |
| 2 | (admitted *Pro Hac Vice*)<br>Schuckit & Associates, P.C. |
| 3 | 4545 Northwestern Drive<br>Zionsville, IN 46077 |
| 4 | Telephone: 317-363-2400 |
| 5 | Fax: 317-363-2257<br>E-Mail: aglowacki@schuckitlaw.com |
| 6 | |
| 7 | *Counsel for Defendant Trans Union, LLC* |
| 8 | Michael W. Bien, Esq. (CSB #96891) |
| 9 | Blake Thompson, Esq. (CSB # 255600)<br>Rosen, Bien & Galvan, LLP |
| 10 | 315 Montgomery Street, Tenth Floor<br>San Francisco, CA 94104 |
| 11 | Telephone: 415-433-6830<br>Fax: 415-433-7104 |
| 12 | E-Mail: mbien@rbg-law.com<br>bthompson@rbg-law.com |
| 13 | *Local Counsel for Defendant Trans Union, LLC* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES N. FAZIO, an individual,<br>      Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.;<br>TRANS UNION, L.L.C.; EQUIFAX<br>INFORMATION SERVICES, L.L.C.; BANK OF<br>AMERICA, N.A. AS SUCCESSOR BY MERGER<br>TO BAC HOME LOANS SERVICING, LP<br>      Defendants. | CASE NO. 3:12-cv-00497-CRB<br><br>**STIPULATION AND**<br>**[PROPOSED] ORDER OF**<br>**DISMISSAL WITH PREJUDICE**<br>**BETWEEN PLAINTIFF AND**<br>**DEFENDANT TRANS UNION,**<br>**LLC ONLY** |

      Plaintiff James N. Fazio, by counsel, and Defendant Trans Union, LLC ("Trans Union"), by counsel, hereby stipulate and agree that all matters herein between them have been

compromised and settled, and that Plaintiff's cause against Trans Union only should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully submitted,

Date: 4/24/2012

/s/ Anita L. Steburg
Anita L. Steburg, Esq.
Steburg Law Firm
1798 Technology Drive, Suite 258
San Jose, CA 95110
Telephone: 408-573-1122
Fax: 408-573-1126
E-Mail: anita@steburglawfirm.com

*Counsel for James N. Fazio*

Date: 4/24/12

/s/ Amanda E. Glowacki
Amanda E. Glowacki, Esq. (IN #29972-21)
 (admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN 46077
Telephone: 317-363-2400
Fax: 317-363-2257
E-Mail: aglowacki@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC*

Michael W. Bien, Esq. (CSB #96891)
Blake Thompson, Esq. (CSB # 255600)
Rosen, Bien & Galvan, LLP
315 Montgomery Street, Tenth Floor
San Francisco, CA 94104
Telephone: 415-433-6830
Fax: 415-433-7104
E-Mail: mbien@rbg-law.com
       bthompson@rbg-law.com

*Local Counsel for Defendant Trans Union, LLC*

| | |
|---|---|
| 1 | PURSUANT TO STIPULATION, IT IS SO ORDERED that Trans Union, LLC is dismissed with prejudice. Plaintiff James N. Fazio and Defendant Trans Union, LLC shall each bear their own costs and attorneys' fees. |

Date: __April 27, 2012_____

IT IS SO ORDERED
Judge Charles R. Breyer

_____
United States District Court, Northern District of California

DISTRIBUTION TO:

| | |
|---|---|
| Anita Louise Steburg, Esq.<br>anita@steburglawfirm.com | Thomas P. Quinn, Esq.<br>tquinn@nokesquinn.com |
| Michael Robert McLively, Esq.<br>mrmclively@jonesday.com | Blake Thompson, Esq.<br>bthompson@rbg-law.com |
| Michael William Bien, Esq.<br>mbien@rbg-law.com | Amanda E. Glowacki, Esq.<br>aglowacki@schuckitlaw.com |
| Bahareh Maryam Mostajelean, Esq.<br>reh.mostajelean@bryancave.com | Charles Scott Greene, Esq.<br>scott.greene@bryancave.com |