Anita L. Steburg, State Bar No. 245933
1798 Technology Drive, Suite 258
San Jose, CA 95110
Phone (408) 573-1122
Fax (408) 573-1126

Attorney for Plaintiff
JAMES FAZIO

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES FAZIO, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION L.L.C.; EQUIFAX INFORMATION SERVICES, L.L.C.; BANK OF AMERICA, N.A. AS SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP.,<br>　　　　　Defendants. | Case No.: CV12-00497 CRB<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC ONLY** |

1

**IT IS HEREBY STIPULATED** by and between plaintiff James Fazio and Defendant Experian Information Solutions, Inc. that the above-captioned action be and hereby is dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Respectfully Submitted,

DATED: July 30, 2012  STEBURG LAW FIRM

By: /s/ Anita L. Steburg
Anita L. Steburg
Attorney for Plaintiff
JAMES FAZIO

DATED: July 30, 2012  JONES DAY

By: /s/ Michael R. McLively
Michael R. McLively
Attorney for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

2

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND EXPERIAN INFORMATION SOLUTIONS, INC. ONLY - 3:12-CV-00497-CRB**

PURSUANT TO STIPULATION, IT IS SO ORDERED that plaintiff James Fazio and Defendant Experian Information Solutions, Inc. be and hereby is dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

DATED:__August 1, 2012_____     _____
                                      UNITED STATES DISTRICT JUDGE

*(Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA; stamp "IT IS SO ORDERED" with signature of Judge Charles R. Breyer)*

**DISTRIBUTION TO:**

Anita Louise Steburg, Esq.            Thomas P. Quinn, Esq.
anita@steburglawfirm.com              tquinn@nokesquinn.com

Amanda E. Glowacki, Esq.              Charles Scott Greene
aglowacki@schuckitlaw.com             scott.greene@bryancave.com

Michael Robert McLively, Esq.
mrmclively@jonesday.com