1  Anita L. Steburg, State Bar No. 245933
   1798 Technology Drive, Suite 258
2  San Jose, CA 95110
   Phone (408) 573-1122
3  Fax (408) 573-1126

4  Attorney for Plaintiff
   JAMES FAZIO

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES FAZIO, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION L.L.C.; EQUIFAX INFORMATION SERVICES, L.L.C.; BANK OF AMERICA, N.A. AS SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP.,<br><br>　　　　Defendants. | Case No.: CV12-00497 CRB<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC ONLY** |

1

1
2   **IT IS HEREBY STIPULATED** by and between plaintiff James Fazio and Defendant
3   Experian Information Solutions, Inc. that the above-captioned action be and hereby is dismissed
4   with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.
5
6                                       Respectfully Submitted,
7
8   DATED: July 30, 2012                STEBURG LAW FIRM
9
10                                      By:    /s/ Anita L. Steburg
                                               Anita L. Steburg
11                                             Attorney for Plaintiff
                                               JAMES FAZIO
12
13
14  DATED:  July 30, 2012               JONES DAY
15
16                                      By:    /s/ Michael R. McLively
                                               Michael R. McLively
17                                             Attorney for Defendant
                                               EXPERIAN INFORMATION SOLUTIONS,
18                                             INC.
19
20
21
22
23
24
25
26
27
28

2

PURSUANT TO STIPULATION, IT IS SO ORDERED that plaintiff James Fazio and Defendant Experian Information Solutions, Inc. be and hereby is dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

DATED: __August 1, 2012_____    _____
                                                 UNITED STATES DISTRICT JUDGE

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Charles R. Breyer]*

**DISTRIBUTION TO:**

Anita Louise Steburg, Esq.  
anita@steburglawfirm.com

Amanda E. Glowacki, Esq.  
aglowacki@schuckitlaw.com

Michael Robert McLively, Esq.  
mrmclively@jonesday.com

Thomas P. Quinn, Esq.  
tquinn@nokesquinn.com

Charles Scott Greene  
scott.greene@bryancave.com

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND EXPERIAN INFORMATION SOLUTIONS, INC. ONLY - 3:12-CV-00497-CRB**