**STEBURG LAW FIRM**
Anita L. Steburg, California Bar No. 245933
1798 Technology Drive, Suite 258
San Jose, CA 95110
Telephone:     (408) 573-1122
Facsimile:     (408) 573-1126
E-Mail:        anita@steburglawfirm.com

Attorneys for Plaintiff
JAMES N. FAZIO

**BRYAN CAVE LLP**
C. Scott Greene, California Bar No. 277445
Bahareh Mostajelean, California Bar No. 258903
Gerald S. Richelson, California Bar No. 267705
560 Mission Street, 25th Floor
San Francisco, CA 94105
Telephone:     (415) 675-3400
Facsimile:     (415) 675-3434
E-Mail:        scott.greene@bryancave.com
               bahareh.mostajelean@bryancave.com
               richelsong@bryancave.com

Attorneys for Defendant
BANK OF AMERICA, N.A.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES N. FAZIO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION L.L.C.; EQUIFAX INFORMATION SERVICES, L.L.C.; BANK OF AMERICA, N.A. AS SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP;<br><br>Defendants. | Case No. CV12-00497-CRB<br><br>**JOINT STIPULATION EXTENDING DEFENDANTS' TIME TO RESPOND TO COMPLAINT AND [PROPOSED] ORDER**<br><br>The Honorable Charles R. Breyer<br><br>Complaint Filed:  January 31, 2012<br>Trial Date:       Not Assigned |

## **STIPULATION**

Defendant Bank of America, N.A. ("Defendant"), and Plaintiff James Fazio ("Plaintiff"), by and through their counsel of record, hereby stipulate and agree as follows:

1.     Plaintiff filed a First Amended Complaint for Violations of Fair Credit Reporting

1 Act (15 U.S.C. 1681) ("FAC") on July 11, 2012.

2     2.    Defendant was served with the FAC electronically on the same day, thereby setting
3 the deadline to respond at July 30, 2012.

4     3.    The parties have renewed settlement possibilities as an alternative to further
5 litigation.

6     4.    In order to continue the current settlement discussions, reduce cost of litigation for
7 both parties, and potentially unburden the Court's docket, the parties have agreed to stipulate to an
8 extension of time for Defendant to respond to the FAC. Thus, instead of responding to the FAC
9 on July 30, 2012, the parties agree that Defendant's time to file and serve a response to the
10 Complaint is extended 30 days to August 29, 2012.

11     5.    The stipulation will not result in prejudice to any party and its impact on judicial
12 proceedings is not expected to be significant.

13     6.    Nothing in this stipulation shall constitute a waiver of any arguments or defenses
14 that Defendant or Plaintiff may wish to assert in their pleadings, all of which are expressly
15 reserved.

16     IT IS SO STIPULATED.

17 Dated: August 2, 2012    STEBURG LAW FIRM

20 By: */s/ Anita Steburg*
    Anita Steburg
21 Attorney for Plaintiff
    JAMES N. FAZIO

23 Dated: August 2, 2012    BRYAN CAVE LLP
24     C. Scott Green
    Bahareh Mostajelean
25     Gerald S. Richelson

26 By: */s/ Gerald S. Richelson*
    Gerald S. Richelson
27 Attorneys for Defendant
    BANK OF AMERICA, N.A.

*Bryan Cave LLP*
*560 Mission Street, 25th Floor*
*San Francisco, CA 94105*

## [PROPOSED] ORDER

Having reviewed the stipulation of Plaintiff JAMES N. FAZIO and Defendant BANK OF AMERICA, N.A. and good cause appearing, the deadline for Defendant to respond to Plaintiff's First Amended Complaint is extended 30 days from to August 29, 2012.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _August 3, 2012_



Judge Charles R. Breyer
United States District Judge
Northern District of California