1  **STEBURG LAW FIRM**
Anita L. Steburg, California Bar No. 245933
2  1798 Technology Drive, Suite 258
San Jose, CA 95110
3  Telephone:     (408) 573-1122
Facsimile:      (408) 573-1126
4  E-Mail:          anita@steburglawfirm.com

5  Attorneys for Plaintiff
JAMES N. FAZIO

6
**BRYAN CAVE LLP**
7  C. Scott Greene, California Bar No. 277445
Bahareh Mostajelean, California Bar No. 258903
8  Gerald S. Richelson, California Bar No. 267705
560 Mission Street, 25th Floor
9  San Francisco, CA 94105
Telephone:     (415) 675-3400
10  Facsimile:      (415) 675-3434
E-Mail:          scott.greene@bryancave.com
11                    bahareh.mostajelean@bryancave.com
richelsong@bryancave.com
12
Attorneys for Defendant
13  BANK OF AMERICA, N.A.

14
**UNITED STATES DISTRICT COURT**
15
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
16

| | |
|---|---|
| 17 JAMES N. FAZIO, an individual, | Case No. CV12-00497-CRB |
| 18                      Plaintiff, | **JOINT STIPULATION EXTENDING DEFENDANTS' TIME TO RESPOND TO COMPLAINT AND [~~PROPOSED~~] ORDER** |
| 19                      v. | |
| 20 EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION L.L.C.; EQUIFAX INFORMATION SERVICES, L.L.C.; BANK | The Honorable Charles R. Breyer |
| 21 OF AMERICA, N.A. AS SUCCESSOR BY MERGER TO BAC HOME LOANS | Complaint Filed:      January 31, 2012 |
| 22 SERVICING, LP; | Trial Date:              Not Assigned |
| 23                      Defendants. | |

24
**STIPULATION**
25
Defendant Bank of America, N.A. ("Defendant"), and Plaintiff James Fazio ("Plaintiff"),
26
by and through their counsel of record, hereby stipulate and agree as follows:
27
1.       Plaintiff filed a First Amended Complaint for Violations of Fair Credit Reporting
28

SF01DOCS96465.1

Bryan Cave LLP
560 Mission Street, 25th Floor
San Francisco, CA 94105

1    Act (15 U.S.C.  1681) ("FAC") on July 11, 2012.

2         2.         Defendant was served with the FAC electronically on the same day, thereby setting

3    the deadline to respond at July 30, 2012.

4         3.         The parties have renewed settlement possibilities as an alternative to further

5    litigation.

6         4.         In order to continue the current settlement discussions, reduce cost of litigation for

7    both parties, and potentially unburden the Court's docket, the parties have agreed to stipulate to an

8    extension of time for Defendant to respond to the FAC.  Thus, instead of responding to the FAC

9    on July 30, 2012, the parties agree that Defendant's time to file and serve a response to the

10   Complaint is extended 30 days to August 29, 2012.

11        5.         The stipulation will not result in prejudice to any party and its impact on judicial

12   proceedings is not expected to be significant.

13        6.         Nothing in this stipulation shall constitute a waiver of any arguments or defenses

14   that Defendant or Plaintiff may wish to assert in their pleadings, all of which are expressly

15   reserved.

16            IT IS SO STIPULATED.

17   Dated:  August 2, 2012                    STEBURG LAW FIRM

18

19

20                                            By:    /s/ Anita Steburg
                                                     Anita Steburg
21                                            Attorney for Plaintiff
                                              JAMES N. FAZIO
22

23   Dated:  August 2, 2012                    BRYAN CAVE LLP
                                              C. Scott Green
24                                            Bahareh Mostajelean
                                              Gerald S. Richelson
25

26                                            By:    /s/ Gerald S. Richelson
                                                     Gerald S. Richelson
27                                            Attorneys for Defendant
                                              BANK OF AMERICA, N.A.
28

*Bryan Cave LLP*
*560 Mission Street, 25th Floor*
*San Francisco, CA 94105*

1

2

3
## [PROPOSED] ORDER

4
     Having reviewed the stipulation of Plaintiff JAMES N. FAZIO and Defendant BANK OF

5
AMERICA, N.A. and good cause appearing, the deadline for Defendant to respond to Plaintiff's

6
First Amended Complaint is extended 30 days from to August 29, 2012.

7
     PURSUANT TO STIPULATION, IT IS SO ORDERED.

8

9
Dated:  _August 3, 2012 _ _____

                        Judge Charles R. Breyer

10
                        United States District Court



11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*Bryan Cave LLP*
*560 Mission Street, 25th Floor*
*San Francisco, CA 94105*