**STEBURG LAW FIRM**
Anita L. Steburg, California Bar No. 245933
1798 Technology Drive, Suite 258
San Jose, CA 95110
Telephone: (408) 573-1122
Facsimile: (408) 573-1126
E-Mail: anita@steburglawfirm.com

Attorneys for Plaintiff
JAMES N. FAZIO

**BRYAN CAVE LLP**
C. Scott Greene, California Bar No. 277445
Bahareh Mostajelean, California Bar No. 258903
Gerald S. Richelson, California Bar No. 267705
560 Mission Street, 25th Floor
San Francisco, CA 94105
Telephone: (415) 675-3400
Facsimile: (415) 675-3434
E-Mail: scott.greene@bryancave.com
bahareh.mostajelean@bryancave.com
richelsong@bryancave.com

Attorneys for Defendant
BANK OF AMERICA, N.A.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES N. FAZIO, an individual, | Case No. CV12-00497-CRB |
| Plaintiff, | **JOINT STIPULATION EXTENDING DEFENDANTS' TIME TO RESPOND TO COMPLAINT AND [~~PROPOSED~~] ORDER** |
| v. | |
| EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION L.L.C.; EQUIFAX INFORMATION SERVICES, L.L.C.; BANK OF AMERICA, N.A. AS SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP; | The Honorable Charles R. Breyer |
| | Complaint Filed: January 31, 2012 |
| | Trial Date: Not Assigned |
| Defendants. | |

# **STIPULATION**

Defendant Bank of America, N.A. ("Defendant"), and Plaintiff James Fazio ("Plaintiff"), by and through their counsel of record, hereby stipulate and agree as follows:

1. Plaintiff filed a First Amended Complaint for Violations of Fair Credit Reporting Act (15 U.S.C. 1681) ("FAC") on July 11, 2012.

2. Defendant was served with the FAC electronically on the same day, thereby setting the deadline to respond at July 30, 2012.

3. The parties have renewed discussions of settlement possibilities as an alternative to further litigation.

4. The parties have previously agreed that instead of responding to the FAC on July 30, 2012, Defendant's time to file and serve a response to the Complaint was extended 30 days to August 29, 2012.

4. In order to continue the current settlement discussions, reduce cost of litigation for both parties, and potentially unburden the Court's docket, the parties have agreed to stipulate to an additional extension of time for Defendant to respond to the FAC. Thus, instead of responding to the FAC on August 29, 2012, the parties agree that Defendant's time to file and serve a response to the Complaint is extended 61 days to October 29, 2012.

5. The stipulation will not result in prejudice to any party and its impact on judicial proceedings is not expected to be significant.

6. Nothing in this stipulation shall constitute a waiver of any arguments or defenses that Defendant or Plaintiff may wish to assert in their pleadings, all of which are expressly reserved.

IT IS SO STIPULATED.

Dated: August 29, 2012                    STEBURG LAW FIRM


                                          By:  */s/ Anita Steburg*
                                               Anita Steburg
                                          Attorney for Plaintiff
                                          JAMES N. FAZIO


Dated: August 29, 2012                    BRYAN CAVE LLP
                                          C. Scott Green
                                          Bahareh Mostajelean
                                          Gerald S. Richelson

                                          By:  */s/ Gerald S. Richelson*
                                               Gerald S. Richelson
                                          Attorneys for Defendant
                                          BANK OF AMERICA, N.A.

BRYAN CAVE LLP
560 MISSION STREET, 25TH FLOOR
SAN FRANCISCO, CA 94105

1 **[PROPOSED] ORDER**

Having reviewed the stipulation of Plaintiff JAMES N. FAZIO and Defendant BANK OF AMERICA, N.A. and good cause appearing, the deadline for Defendant to respond to Plaintiff's First Amended Complaint is extended 61 days from August 29, 2012 to October 29, 2012.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: September 4, 2012

_____
The Honorable Charles R. Breyer
United States District Court
Northern District of California



BRYAN CAVE LLP
560 MISSION STREET, 25TH FLOOR
SAN FRANCISCO, CA 94105