Anita L. Steburg, State Bar No. 245933
1798 Technology Drive, Suite 258
San Jose, CA 95110
Phone (408) 573-1122
Fax (408) 573-1126

Attorney for Plaintiff
JAMES FAZIO

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES FAZIO, an individual,<br><br>          Plaintiff,<br><br>     v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION L.L.C.; EQUIFAX INFORMATION SERVICES, L.L.C.; BANK OF AMERICA, N.A. AS SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP.<br><br>          Defendants. | Case No.: CV12-00497 CRB<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT EQUIFAX INFORMATION SERVICES, LLC ONLY** |

1

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND EQUIFAX INFORMATION SERVICES, LLC ONLY - 12-CV-00497-CRB**

1    **IT IS HEREBY STIPULATED** by and between plaintiff James Fazio and Defendant
2 Equifax Information Services, LLC, that the above-captioned action be and hereby is dismissed
3 with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

                                        Respectfully Submitted,

7  DATED: September 10, 2012            STEBURG LAW FIRM

9                                       By:     /s/ Anita L. Steburg
                                                Anita L. Steburg
10                                              Attorney for Plaintiff
                                                JAMES FAZIO

13 DATED:  September 10, 2012           KING & SPALDING

15                                      By:     /s/ K. Ann Broussard
                                                K. Ann Broussard
16                                              Attorney for Defendant
                                                EQUIFAX INFORMATION SERVICES,
17                                              LLC

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND EQUIFAX INFORMATION SERVICES, LLC ONLY - 12-CV-00497-CRB**

1 PURSUANT TO STIPULATION, IT IS SO ORDERED that plaintiff James Fazio and Defendant
2 Equifax Information Services, LLC be and hereby is dismissed with prejudice pursuant to Rule
3 41(a)(1) of the Federal Rules of Civil Procedure.

6 **IT IS SO ORDERED.**

8 DATED:  September 11, 2012 _____

_____
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND EQUIFAX INFORMATION SERVICES, LLC ONLY - 12-CV-00497-CRB**