Anita L. Steburg, State Bar No. 245933
1798 Technology Drive, Suite 258
San Jose, CA 95110
Phone (408) 573-1122
Fax (408) 573-1126

Attorney for Plaintiff
JAMES FAZIO

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES FAZIO, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION L.L.C.; EQUIFAX INFORMATION SERVICES, L.L.C.; BANK OF AMERICA, N.A. AS SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP.<br><br>　　　　Defendants. | Case No.: CV12-00497 CRB<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT EQUIFAX INFORMATION SERVICES, LLC ONLY** |

1

1  **IT IS HEREBY STIPULATED** by and between plaintiff James Fazio and Defendant
2  Equifax Information Services, LLC, that the above-captioned action be and hereby is dismissed
3  with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.
4
5                                                  Respectfully Submitted,
6
7  DATED: September 10, 2012         STEBURG LAW FIRM
8
9                                            By:   /s/ Anita L. Steburg
10                                                    Anita L. Steburg
11                                                    Attorney for Plaintiff
12                                                    JAMES FAZIO
13 DATED: September 10, 2012         KING & SPALDING
14
15                                           By:   /s/ K. Ann Broussard
16                                                  K. Ann Broussard
17                                                  Attorney for Defendant
                                                 EQUIFAX INFORMATION SERVICES, LLC
18
19
20
21
22
23
24
25
26
27
28

PURSUANT TO STIPULATION, IT IS SO ORDERED that plaintiff James Fazio and Defendant Equifax Information Services, LLC be and hereby is dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

DATED:  September 11, 2012  _____

_____
UNITED STATES DISTRICT JUDGE

*(Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — "IT IS SO ORDERED" signed by Judge Charles R. Breyer)*

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND EQUIFAX INFORMATION SERVICES, LLC ONLY - 12-CV-00497-CRB**