**STEBURG LAW FIRM**
Anita L. Steburg, California Bar No. 245933
1798 Technology Drive, Suite 258
San Jose, CA 95110
Telephone:   (408) 573-1122
Facsimile:   (408) 573-1126
E-Mail:   anita@steburglawfirm.com

Attorneys for Plaintiff
JAMES N. FAZIO

**BRYAN CAVE LLP**
C. Scott Greene, California Bar No. 277445
Bahareh Mostajelean, California Bar No. 258903
Gerald S. Richelson, California Bar No. 267705
560 Mission Street, 25th Floor
San Francisco, CA 94105
Telephone:   (415) 675-3400
Facsimile:   (415) 675-3434
E-Mail:   scott.greene@bryancave.com
         bahareh.mostajelean@bryancave.com
         richelsong@bryancave.com

Attorneys for Defendant
BANK OF AMERICA, N.A.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES N. FAZIO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION L.L.C.; EQUIFAX INFORMATION SERVICES, L.L.C.; BANK OF AMERICA, N.A. AS SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP;<br><br>Defendants. | Case No. CV12-00497-CRB<br><br>**JOINT STIPULATION EXTENDING DEFENDANTS' TIME TO RESPOND TO FIRST AMENDED COMPLAINT AND [PROPOSED] ORDER**<br><br>The Honorable Charles R. Breyer<br><br>Complaint Filed:   January 31, 2012<br>Trial Date:   Not Assigned |

109412.1

**STIPULATION**

Defendant Bank of America, N.A. ("Defendant"), and Plaintiff James Fazio ("Plaintiff"), by and through their counsel of record, hereby stipulate and agree as follows:

1. Plaintiff filed a First Amended Complaint for Violations of Fair Credit Reporting Act (15 U.S.C. 1681) ("FAC") on July 11, 2012.

2. Defendant was served with the FAC electronically on the same day, thereby setting the deadline to respond at July 30, 2012.

3. The parties have renewed discussions of settlement possibilities as an alternative to further litigation.

4. The parties have previously agreed that instead of responding to the FAC on July 30, 2012, Defendant's time to file and serve a response to the Complaint was extended 30 days to August 29, 2012.

4. The parties additionally agreed that Defendant's time to file and serve a response to the First Amended Complaint was extended 61 days to October 29, 2012.

5. The Parties have made significant progress in their settlement discussions and hope to resolve this matter in the near future.

6. In order to continue the current settlement discussions, reduce cost of litigation for both parties, and potentially unburden the Court's docket, the parties have agreed to stipulate to an additional extension of time for Defendant to respond to the FAC. Thus, instead of responding to the FAC on October 29, 2012, the parties agree that Defendant's time to file and serve a response to the Complaint is extended 60 days to December 28, 2012.

7. The stipulation will not result in prejudice to any party and its impact on judicial proceedings is not expected to be significant.

8. Nothing in this stipulation shall constitute a waiver of any arguments or defenses that Defendant or Plaintiff may wish to assert in their pleadings, all of which are expressly reserved.

IT IS SO STIPULATED.

Dated: October 29, 2012    STEBURG LAW FIRM


By:  */s/ Anita Steburg*
     Anita Steburg
Attorney for Plaintiff
JAMES N. FAZIO

Dated: October 29, 2012

BRYAN CAVE LLP
C. Scott Green
Bahareh Mostajelean
Gerald S. Richelson

By:  */s/ Gerald S. Richelson*
     Gerald S. Richelson
Attorneys for Defendant
BANK OF AMERICA, N.A.

1 **[PROPOSED] ORDER**

2 Having reviewed the stipulation of Plaintiff JAMES N. FAZIO and Defendant BANK OF
3 AMERICA, N.A. and good cause appearing, the deadline for Defendant to respond to Plaintiff's
4 First Amended Complaint is extended 6 days from October 29, 2012 to December 28, 2012.

5 PURSUANT TO STIPULATION, IT IS SO ORDERED.

7 Dated: Oct. 31, 2012

_____
The Honorable Charles R. Breyer
United States District Judge

