**STEBURG LAW FIRM**
Anita L. Steburg, California Bar No. 245933
1798 Technology Drive, Suite 258
San Jose, CA 95110
Telephone:   (408) 573-1122
Facsimile:   (408) 573-1126
E-Mail:   anita@steburglawfirm.com

Attorneys for Plaintiff
JAMES N. FAZIO

**BRYAN CAVE LLP**
C. Scott Greene, California Bar No. 277445
Bahareh Mostajelean, California Bar No. 258903
Gerald S. Richelson, California Bar No. 267705
560 Mission Street, 25th Floor
San Francisco, CA 94105
Telephone:   (415) 675-3400
Facsimile:   (415) 675-3434
E-Mail:   scott.greene@bryancave.com
          bahareh.mostajelean@bryancave.com
          richelsong@bryancave.com

Attorneys for Defendant
BANK OF AMERICA, N.A.

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES N. FAZIO, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION L.L.C.; EQUIFAX INFORMATION SERVICES, L.L.C.; BANK OF AMERICA, N.A. AS SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP;<br><br>    Defendants. | Case No. CV12-00497-CRB<br><br>~~NOTICE OF SETTLEMENT AND~~ STIPULATION TO STAY THE PROCEEDINGS. **ORDER**<br><br>The Honorable Charles R. Breyer<br><br>Complaint Filed:   January 31, 2012<br>Trial Date:   Not Assigned |

**TO ALL PARTIES AND THEIR ATTORNEY'S OF RECORD:**

PLEASE TAKE NOTICE THAT Defendant Bank of America, N.A. ("Defendant"), and Plaintiff James Fazio ("Plaintiff") (collectively the "Parties"), have reached a preliminary settlement agreement in the above reference matter. In light of said agreement the Parties have entered the following stipulation.

**STIPULATION**

Defendant Bank of America, N.A. ("Defendant"), and Plaintiff James Fazio ("Plaintiff") (collectively the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

1. Plaintiff filed a First Amended Complaint for Violations of Fair Credit Reporting Act (15 U.S.C. 1681) ("FAC") on July 11, 2012.

2. Defendant was served with the FAC electronically on the same day, thereby setting the deadline to respond at July 30, 2012.

3. The Parties have come to a preliminary settlement agreement.

4. The Parties are currently finalizing the language of the settlement agreement and arranging for said agreements performance.

5. The Parties previously agreed that in order to continue their settlement discussions, reduce cost of litigation for both parties, and potentially unburden the Court's docket, the parties have agreed to stipulate to an additional extension of time for Defendant to respond to the FAC. Thus, instead of responding to the FAC on October 29, 2012, the parties agree that Defendant's time to file and serve a response to the Complaint is extended 60 days to December 28, 2012.

6. The parties now stipulate to an extension of Defendants responsive pleading deadline for another 60 days to February 26, 2013. The parties additionally request the court stay any other hearings or filing deadlines on calendar dated prior to February 26, 2013 as the parties have reached a preliminary settlement and wish to reduce the cost of further litigation for each party and the court until a final agreement can be executed and request for dismissal filed.

7. The stipulation will not result in prejudice to any party and its impact on judicial

1  proceedings is not expected to be significant.

2      8.     Nothing in this stipulation shall constitute a waiver of any arguments or defenses
3  that Defendant or Plaintiff may wish to assert in their pleadings, all of which are expressly
4  reserved.

        IT IS SO STIPULATED.

Dated: December 31, 2012         STEBURG LAW FIRM

        By:   */s/ Anita Steburg*
               Anita Steburg
        Attorney for Plaintiff
        JAMES N. FAZIO

Dated: December 31, 2012         BRYAN CAVE LLP
        C. Scott Green
        Bahareh Mostajelean
        Gerald S. Richelson

        By:   */s/ Gerald S. Richelson*
               Gerald S. Richelson
        Attorneys for Defendant
        BANK OF AMERICA, N.A.

BRYAN CAVE LLP
560 MISSION STREET, 25TH FLOOR
SAN FRANCISCO, CA 94105

109412.1109412.1         3
NOTICE OF SETTLEMENT, JOINT STIPULATION, AND [PROPOSED] ORDER EXTENDING TIME

BRYAN CAVE LLP
560 MISSION STREET, 25TH FLOOR
SAN FRANCISCO, CA 94105

1
2
3
4  **CV-12-0497 CRB**
5
6
7
8  [~~PROPOSED~~] **ORDER**

9   Having reviewed the stipulation and in light of the parties preliminary settlement of Plaintiff
10 JAMES N. FAZIO and Defendant BANK OF AMERICA, N.A. and good cause appearing, the
11 deadline for Defendant to respond to Plaintiff's First Amended Complaint is extended 60 days
12 from December 28, 2012 to February 26, 2013 and all hearings and court mandated filing
13 deadlines are stayed until no earlier than February 26, 2013.
14   PURSUANT TO STIPULATION, IT IS SO ORDERED.
15
16 Dated:  Janaury 9, 2013
17                                       The Honorable Charles R. Breyer
                                         United States District
18                                       Northern



IT IS SO ORDERED
Judge Charles R. Breyer

19
20
21
22
23
24
25
26
27
28