Anita L. Steburg, State Bar No. 245933
1798 Technology Drive, Suite 258
San Jose, CA 95110
Phone (408) 573-1122
Fax (408) 573-1126

Attorney for Plaintiff
JAMES FAZIO

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES FAZIO, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION L.L.C.; EQUIFAX INFORMATION SERVICES, L.L.C.; BANK OF AMERICA, N.A. AS SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP.<br><br>    Defendants. | Case No.: CV12-00497 CRB<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT BANK OF AMERICA, N.A. ONLY** |

1

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND BANK OF AMERICA, N.A. ONLY - 12-CV-00497-CRB**

1 **IT IS HEREBY STIPULATED** by and between plaintiff James Fazio and Defendant
2 Bank of America, N.A., that the above-captioned action be and hereby is dismissed with prejudice
3 pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Respectfully Submitted,

7 DATED: May 2, 2013        STEBURG LAW FIRM

9 By:     /s/ Anita L. Steburg
         Anita L. Steburg
         Attorney for Plaintiff
         JAMES FAZIO

13 DATED: May 2, 2013        BRYAN CAVE LLP

15 By:     /s/ Gerald S. Richelson
         Gerald S. Richelson
         Attorney for Defendant
         BANK OF AMERICA, N.A.

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND BANK OF AMERICA, N.A. ONLY - 12-CV-00497-CRB**

1  PURSUANT TO STIPULATION, IT IS SO ORDERED that plaintiff James Fazio and Defendant
2  Bank of America, N.A. be and hereby is dismissed with prejudice pursuant to Rule 41(a)(1) of the
3  Federal Rules of Civil Procedure.

6  **IT IS SO ORDERED.**

8  DATED:   May 9, 2013

_____
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND BANK OF AMERICA, N.A. ONLY - 12-CV-00497-CRB**